**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DANIEL KING, | : No. 75 MM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| RIVERWATCH CONDOMINIUM | : |
| OWNERS ASSOCIATION, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Review and the Application for Post-Submission Communication are **DENIED**.